BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

SEALED

FILED
SEP 06 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1: 11 MJ 00180 SMS |
| Plaintiff, | **UNDER SEAL** |
| v. | SEALING ORDER |
| THANOUSONE VOLARAT, PHONEPHITHACK VOLARAT, and ADAM KHAMVONGSAY, | |
| Defendants. | |

The United States having applied to this Court for an order permitting it to file its Complaint Affidavit, and associated documents under seal to avoid compromising the investigation in this case, and good cause appearing therefore,

IT IS ORDERED, that the Government's Complaint, Affidavit, and associated documents shall be filed with this Court under seal and not be disclosed pending further order of this court.

DATED: September 2, 2011

U.S. Magistrate Judge

1