BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-cr-00303 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND PROPOSED ORDER |
| v. ) | |
| ) | |
| THANOUSONE VOLARAT, ET AL., ) | |
| ) | |
| Defendants. ) | DATE: March 5, 2012 |
| ) | TIME: 9:00 A.M. |
| ) | PLACE: Courtroom Two |
| ) | Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for January 23, 2012, at 9:00 a.m., be continued to March 5, 2012, at 9:00 a.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between January 23, 2012, and March 5, 2012 be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

1

Specifically, there is further investigation that needs to be completed before the government can make an offer to the defendants and meaningfully negotiate the matter. The defendants have matters pending in another jurisdiction and additional information is needed in order to explore the feasibility of a global resolution. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A).

DATED: January 19, 2012  BENJAMIN B. WAGNER
United States Attorney

By /s/Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney


DATED: January 19, 2012  /S/ Marc Days
MARC DAYS
Attorney for Defendant
THANOUSONE VOLARAT


DATED: January 19, 2012  /s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Defendant
PHONEPHITHACK VOLARAT

DATED: January 19, 2012  /s/ Richard Beshwate, Jr.
RICHARD BESHWATE, JR.
Attorney for Defendant
ADAM KHAMVONSAY

//
//
//
//
//

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of January 23, 2012, at 9:00 a.m. be continued to March 5, 2012, at 9:00 a.m. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:     January 19, 2012
CHIEF UNITED STATES DISTRICT JUDGE