```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,    )    CASE NO. 1:11-cr-00303 AWI
                                 )
11            Plaintiff,         )    STIPULATION TO CONTINUE STATUS
                                 )    CONFERENCE AND ORDER
12       v.                      )
                                 )
13  THANOUSONE VOLARAT, ET AL.,  )
                                 )
14            Defendants.        )    DATE: April 23, 2012
                                 )    TIME: 1:00 p.m.
15                               )    PLACE: Hon. Dennis L. Beck
    _____)
16
```

17        IT IS HEREBY STIPULATED by and between the parties through
18   their respective counsel, that the current status conference set
19   for March 5, 2012, at 10:00 a.m., be continued to April 23, 2012,
20   at 1:00 p.m., before the Honorable Dennis L. Beck, United States
21   Magistrate Judge due to the posture of the case at this time.
22        The parties further stipulate and agree that the time between
23   March 5, 2012, and April 23, 2012 be excluded from the calculation
24   of time under the Speedy Trial Act.  The parties stipulate that
25   the ends of justice are served by the Court excluding such time,
26   so that counsel for the defendant may have time necessary for
27   effective preparation, taking into account the exercise of due
28   diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, there

                                    1

1 | is further investigation that needs to be completed before the
2 | government can make an offer to the defendants and meaningfully
3 | negotiate the matter.  The defendants have matters pending in
4 | another jurisdiction and additional information is needed in order
5 | to explore the feasibility of a global resolution.  Additional
6 | time is needed to make the necessary inquires and arrangements.
7 | The parties stipulate and agree that the ends of justice served by
8 | granting this continuance outweigh the best interests of the
9 | public and the defendant in a speedy trial.  18 U.S.C. §§
10 | 3161(h)(7)(A).

DATED: March 1, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        By /s/Laurel J. Montoya
                                           LAUREL J. MONTOYA
                                        Assistant U.S. Attorney


DATED: March 1, 2012                    /S/ Marc Days
                                        MARC DAYS
                                        Attorney for Defendant
                                        THANOUSONE VOLARAT


DATED: March 1, 2012                    /s/ Dale Blickenstaff
                                        DALE BLICKENSTAFF
                                        Attorney for Defendant
                                        PHONEPHITHACK VOLARAT


DATED: March 1, 2012                    /s/ Richard Beshwate, Jr.
                                        RICHARD BESHWATE, JR.
                                        Attorney for Defendant
                                        ADAM KHAMVONSAY

//
//
//
//

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of March 5, 2012, at 10:00 a.m. be continued to April 23, 2012, at 1:00 p.m. before Hon. Dennis L. Beck. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE