**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ADAM KHAMVONGSAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.1:11-CR-00303 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| vs. | |
| ADAM KHAMVONGSAY, | DATE: October 28, 2013<br>TIME: 10:00 am<br>JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and Assistant U.S. Attorney LAUREL MONTOYA, Attorney for Plaintiff, that the hearing currently scheduled for OCTOBER 28, 2013, at 10:00 a.m. shall be continued until NOVEMBER 12, 2013, at 10:00 a.m. or to a date the Court deems appropriate.

This continuance is necessary so that defendant's attorney and the AUSA can have sufficient time to conclude the necessary steps to qualify Mr. Khamvongsay for the Safety Valve.

///

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defendant's counsel has been unavailable due his presence in another trial. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: October 23, 2013

Respectfully submitted,
/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant, ADAM KHAMVONGSAY

DATED: October 23, 2013

Respectfully submitted,
/S/ Laurel Montoya
LAUREL MONTOYA
Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED THAT the date set for hearing be continued to **NOVEMBER 12 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   October 23, 2013

SENIOR DISTRICT JUDGE